**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 35  
**IP Address:** 65.78.9.222  
**ISP:** RCN

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6AC5E55232704C7F5C03415C8C2AE68FD105E943 | Blacked Raw | 09/02/2018 20:28:51 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 2 | 0115A6F7BE74DBA55754F7DB965EF362053BA361 | Blacked Raw | 04/24/2018 23:24:53 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 01F96CB82ACEC29170323C0531EA071BE9F105C0 | Vixen | 09/18/2018 23:15:37 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 4 | 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98 | Blacked Raw | 07/18/2018 20:15:40 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 5 | 1F38F17727F7C8396A876DF1EAF7C45540A7D468 | Blacked | 07/23/2018 22:23:53 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 6 | 22D74A8952F82E444A0293CDF33F9AEFE1593AB0 | Blacked Raw | 04/18/2018 19:55:41 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 7 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 07/29/2018 16:25:07 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 8 | 23AD7785927F77F037EC36842F95897DA89CEEDC | Vixen | 09/01/2018 00:08:38 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 9 | 255D4D34B07B93E98B821E80887283042696DFD5 | Blacked Raw | 04/18/2018 20:08:01 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 10 | 3596A28DA8F301235604B9D8F1A1B1D7E7CDDA16 | Blacked | 10/12/2018 22:33:30 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 11 | 3847FD33A45C5B5CE45AA8550D2B0386126CF457 | Blacked Raw | 09/30/2018 17:57:21 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 12 | 420EA3B593FCF2792FD696BE19F3E80D64691C31 | Blacked Raw | 05/15/2018 20:58:32 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 13 | 45E9C7088F191542C958CA06FFD35D61C63BB5BD | Blacked Raw | 08/25/2018 19:26:57 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 14 | 4F25632CE7BEDB4BCB2F92CFE8121A6DDBFF5433 | Blacked Raw | 05/04/2018 23:08:00 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 15 | 50D9796A7E38BC8E1D9E83D97BC719C86261BD78 | Blacked | 05/21/2018 20:25:07 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 16 | 6A6084624F5CC5D9C0887AC02E58EE94D6989C29 | Blacked | 05/10/2018 19:09:33 | 05/10/2018 | 05/24/2018 | PA0002101376 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6C1D991D2EE76013A2BD1603EDE436D118CAAB92 | Blacked Raw | 04/18/2018 19:54:31 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 18 | 734A1A74BFCBE6233F3C9EE2F286DCDCD530A241 | Blacked | 05/15/2018 21:01:23 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 19 | 850FBD27987813DC36F12D6E913D64BC1ABE6D69 | Blacked | 08/08/2018 19:44:03 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 20 | 8932B3658AB16F76738537941C2020FF3A2A0F43 | Blacked Raw | 09/29/2018 03:55:04 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 21 | 92BB96E27C6723E0ADFB390B7D9D31DE3FCE2E84 | Blacked Raw | 07/15/2018 16:45:12 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 22 | 9444673AEA9CEF75BAFE4E96E8127BD32CC900F5 | Blacked Raw | 09/18/2018 22:51:30 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 23 | 96ABED0EC503E25FA675A8475D6B5CB6A8B36079 | Blacked | 08/02/2018 20:06:04 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 24 | B32662B431A49456C8DB548B689D4D2F3D54EFFF | Blacked | 05/05/2018 21:10:50 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 25 | B3AE39A6113476AD301F9A89EFE0AD950685B1D8 | Blacked Raw | 08/30/2018 00:15:31 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 26 | B98A2EFDFC677CCF736F05EE299CFFE744B0C694 | Blacked Raw | 06/02/2018 03:44:30 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 27 | C79B8ADC3E46052ED47E33A9C0B667934C34F235 | Blacked Raw | 04/18/2018 20:00:19 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 28 | D288B6BAAD13F53FFB75BF787D3276F1CE049621 | Blacked Raw | 05/28/2018 07:30:42 | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 29 | D46321A3CC7D1FA487D5AFF69B9D445A6EC14DBE | Blacked | 09/18/2018 22:37:41 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 30 | E5D053A213E1947F73E06FBF5C18A4498B3765BF | Blacked | 08/30/2018 00:09:38 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 31 | ECECD530ECCFC952BCA7DE34C194EF6B6ADCAA36 | Blacked | 10/12/2018 22:32:58 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 32 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/05/2018 01:35:27 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 33 | F4E28001EC08314276EADECF0A88D8EF2A267B1A | Blacked Raw | 05/10/2018 19:12:41 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 34 | F86B152EC83D220A069747D7750E2D9F6EAE61F3 | Blacked Raw | 07/15/2018 15:52:40 | 07/11/2018 | 08/07/2018 | PA0002131894 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FFCC3264553178E924751CCA752546CFADCD81BB | Blacked Raw | 10/12/2018 22:29:23 | 10/09/2018 | 11/01/2018 | 17093717943 |