UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 65.78.9.222,<br><br>              Defendant. | Civil Action No. 1:18-cv-11329-PGG-SDA |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND<br>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 65.78.9.222 ("Defendant"), through Defendant's counsel, Leslie Farber, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 21, 2019               Respectfully submitted,

                                             By:    /s/ *Jacqueline M. James*
                                                          Jacqueline M. James, Esq. (#1845)
                                                          The James Law Firm, PLLC
                                                          445 Hamilton Avenue, Suite 1102
**SO ORDERED:**                            White Plains, New York 10601
                                                          T: 914-358-6423
                                                          F: 914-358-6424
Paul G. Gardephe, U.S.D.J.           E-mail: jjames@jacquelinejameslaw.com
                                                          *Attorneys for Plaintiff*
Date: March 29, 2019

1